≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

F_____   For the   District of   __Massachusetts_____

JOHN LAMPARA

V.

BRISTOL MYERS SQUIBB AND COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04 12343 DPW

TO: (Name and address of Defendant)

BRISTOL MYERS SQUIBB AND COMPANY
C/o Michael Healy
Sedgwick Detert, Moran & Arnold
One Embarcadero Center
San Francisco, CA 94111-3628

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Hugo
Lopez hodes restaino milman & skikos
95 Commercial Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

11/4/2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) — DATE: 6/17/05

NAME OF SERVER (PRINT): Michael R. Hugo
TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon attorney for defendant following unsuccessful settlement negotiations. Said attorney has had the complaint in his possession for over seven (7) months.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/17/05

Signature of Server: [signature]

Address of Server: 95 Commercial Wharf, Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.