| | |
|---|---|
| 1 | LOPEZ, HODES, RESTANIO, MILMAN & SKIKOS, L.C. |
|   | MICHAEL HUGO |
| 2 | 95 Commercial Wharf |
|   | Boston, Massachusetts 02110 |
| 3 | Telephone: (617) 973-9777 |

FILED
IN CLERKS OFFICE

2005 DEC 23  A 9:10

US DISTRICT COURT
DISTRICT OF MASS.

Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY

UNITED STATES DISTRICT COURT

~~NORTHERN~~ DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN LAMPARA, | ) | CASE NO. 04-12343 DPW |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND** |
| vs. | ) | **STIPULATION RE DISMISSAL** |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

   Plaintiff John Lampara and Defendant Bristol-Myers Squibb Company, by and through their counsel of record, hereby mutually agree and stipulate on behalf of themselves and the parties represented by them that:

   1. They are each authorized to enter into this stipulation;

   2. This stipulation represents the stipulation of all parties to this action, within the meaning of Federal Rules of Civil Procedure, Rule 41(a);

   3. Plaintiffs and Defendant have reached and concluded a full resolution of all issues in the litigation; and

   4. Based on said resolution, Plaintiffs dismiss the action with prejudice, each party to bear his, her and its own costs.

1  The Clerk is requested to enter the dismissal accordingly.

2

3                                                LOPEZ, HODES, RESTANIO, MILMAN &
                                                 SKIKOS, L.C.
4

5  DATED: December 12, 2005
                                                 _____
6                                                 MICHAEL HUGO,
                                                 Attorneys for Plaintiff JOHN LAMPARA
7

8

9  DATED: December 6, 2005                       SEDGWICK, DETERT, MORAN & ARNOLD

10

11                                               By _____
                                                    MICHAEL F. HEALY
12                                               Attorneys for Defendant BRISTOL-MYERS
                                                 SQUIBB COMPANY
13

14                                               **ORDER**
   IT IS SO ORDERED.
15

16
   Dated: _____, 2005
17                                               _____
                                                 UNITED STATES DISTRICT COURT JUDGE
18

-2-

[PROPOSED] ORDER AND STIPULATION RE DISMISSAL CASE NO. C-98-03369 SBA

SF/1303821v1