```
LOPEZ, HODES, RESTANIO, MILMAN & SKIKOS, L.C.
MICHAEL HUGO
95 Commercial Wharf
Boston, Massachusetts 02110
Telephone: (617) 973-9777

Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY
```

FILED
IN CLERKS OFFICE

2005 DEC 23  A 9:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

~~NORTHERN~~ DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN LAMPARA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | CASE NO. 04-12343 DPW<br><br>~~[PROPOSED]~~ **ORDER AND STIPULATION RE DISMISSAL** |

Plaintiff John Lampara and Defendant Bristol-Myers Squibb Company, by and through their counsel of record, hereby mutually agree and stipulate on behalf of themselves and the parties represented by them that:

1. They are each authorized to enter into this stipulation;

2. This stipulation represents the stipulation of all parties to this action, within the meaning of Federal Rules of Civil Procedure, Rule 41(a);

3. Plaintiffs and Defendant have reached and concluded a full resolution of all issues in the litigation; and

4. Based on said resolution, Plaintiffs dismiss the action with prejudice, each party to bear his, her and its own costs.

-1-
[PROPOSED] ORDER AND STIPULATION RE DISMISSAL CASE NO. C-98-03369 SBA
SF/1303821v1

| | |
|---|---|
| 1 | The Clerk is requested to enter the dismissal accordingly. |

LOPEZ, HODES, RESTANIO, MILMAN & SKIKOS, L.C.

DATED: December 12, 2005

_____
MICHAEL HUGO,
Attorneys for Plaintiff JOHN LAMPARA

DATED: December 6, 2005

SEDGWICK, DETERT, MORAN & ARNOLD

By _____
MICHAEL F. HEALY
Attorneys for Defendant BRISTOL-MYERS SQUIBB COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: December 29, 2005

_____
UNITED STATES DISTRICT COURT JUDGE